### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CR222** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **MICHAEL R. ZANT,** ) | |
| ) | |
| **Defendant.** ) | |

The defendant's Motion to Continue (Filing No. 18) is granted.

**IT IS ORDERED** that the hearing on the Motion to Suppress (Filing No. 15) is continued to **August 21, 2006,** at **9:30 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 28th day of July, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge