# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR222** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHAEL R. ZANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant Michael R. Zant (Zant) to withdraw his motion to suppress (Filing No. 20). The motion is granted. The Clerk shall term Zant's motion to suppress (Filing No. 15) on the docket.

**IT IS SO ORDERED.**

DATED this 21st day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
